# Court of Appeals
# of the State of Georgia

ATLANTA,  May 15, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1345. STEVEN T. SAUNDERS et al. v. MARTIN R. MOREIRA et al.**

This appeal was docketed in this Court on March 7, 2025. On March 27, 2025, Appellant filed a motion for an extension of time in which to file an initial brief. Based on our order granting Appellant's request, Appellant's brief was due no later than April 28, 2025. Thereafter, on April 28, 2025, Appellant filed a second motion for an extension of time to file an initial brief, which we granted through May 5, 2025. After Appellant failed to file a brief, this Court issued an order on May 8, 2025, requiring Appellant to file an initial brief within five days with no further extensions being granted. That order further provided that Appellant's failure to file a brief by May 13, 2025 would result in the dismissal of this appeal. As of the date of this order, Appellant has yet to file an initial brief. Accordingly, this appeal is deemed abandoned and is hereby ordered DISMISSED. Court of Appeals Rules 7, 23(a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  05/15/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*